**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Michael Koch,<br><br>Plaintiff,<br><br>v.<br><br>Brad Jacobs, et al.,<br><br>Defendants. | No. CV-18-08068-PCT-DLR (ESW)<br><br>**ORDER** |

Plaintiff Anthony Michael Koch, who is confined in the Mohave County Jail, has filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The Court ordered Defendants Jacobs and Tribolet to answer Plaintiff's excessive force claim set forth in Count One (Doc. 5 at 4). Service was executed on each Defendant by Waiver of Service of Summons filed July 2, 2018 (Docs. 9, 10). Defendants have filed an Answer, and all issues are joined (Doc.13).

Pending before the Court is "Plaintiff's Motion in Ex-Parte for Redetermination of Assignment of Counsel" (Doc. 21). Plaintiff asks the Court to reconsider its Order denying Plaintiff's motions for appointment of counsel (Doc. 11). Plaintiff asserts that books which would assist him in navigating his case have been "confiscated by jail staff and they refuse to allow the Plaintiff to grieve this matter." (Doc. 21 at 1).

Motions for reconsideration should be granted only in rare circumstances. *See Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003). "Reconsideration is appropriate if

the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). *See also* LRCiv 7.2(g)(1) ("The Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence").

Nothing in Plaintiff's Motion shows that the Court committed clear error or that its prior decision was manifestly unjust. Plaintiff has not shown an inability to articulate his claims and present arguments to the Court, as exemplified by the instant motion. Nor has he shown a likelihood of succeeding on the merits. If Plaintiff wishes to pursue access to legal materials, he may file an appropriate motion for injunctive relief.

Having failed to show that exceptional circumstances are present and to satisfy the standard for reconsideration, Plaintiff's Motion (Doc. 21) will be denied.

For the reasons set forth herein,

**IT IS ORDERED** denying "Plaintiff's Motion in Ex-Parte for Redetermination of Assignment of Counsel" (Doc. 21).

Dated this 25th day of January, 2019.

_____
Honorable Eileen S. Willett
United States Magistrate Judge